UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPON YUSEN KABUSHIKI KAISHA,

                              Petitioner,

          -v-                                              25 Civ. 9310 (PAE)

XCOAL ENERGY AND RESOURCES,                                ORDER

                              Respondent.

PAUL A. ENGELMAYER, District Judge:

On November 10, 2025, Nippon Yusen Kabushiki Kaisha ("NYK") petitioned this Court

for an order to compel arbitration.  Dkt. 4.  On November 24, 2025, NYK served the petition on

respondent XCoal Energy and Resources ("XCoal").  Dkt. 8.  On December 1, 2025, NYK filed

proof of service on the docket of this case.  *Id.*  The Court hereby sets the following briefing

schedule:

- XCoal shall respond to the petition by January 9, 2026.

- NYK's reply, if any, is due January 16, 2026.

NYK is to serve this Order on XCoal forthwith, and file proof of service on the docket by

December 23, 2025.


SO ORDERED.

*Paul A. Engelmayer*

_____

PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2025
          New York, New York