UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPON YUSEN KABUSHIKI KAISHA,

Petitioner,

-v-

XCOAL ENERGY AND RESOURCES,

Respondent.

---

25 Civ. 9310 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 15, 2026, the Court granted an unopposed motion by petitioner Nippon Yusen Kabushiki Kaisha ("NYK") to compel arbitration of a maritime contract dispute. Dkt. 14 ("Decision") at 7. The Court also awarded NYK reasonable attorney's fees and costs associated with this action, and directed NYK to file an itemized accounting of such. *Id.* The Court stated: "To the extent XCoal disputes the reasonableness of those figures, it shall, within one week of receiving NYK's itemized accounting, enter a notice of appearance in this case and file a declaration, stating with particularity which fees and/or costs it opposes, and on what basis." *Id.*

On June 12, 2026, NYK filed an affidavit, seeking $9,417 in attorney's fees and $1,076.24 in costs, supported by a detailed accounting of such. Dkt. 17 ("Dehart Declaration"). XCoal has not appeared in this action or opposed NYK's request. The Court finds the requested fees and costs reasonable. For the reasons set forth in the Decision, the Court awards NYK $9,417 in fees and $1,076.24 in costs. The Clerk of Court is respectfully directed to terminate all pending motions and to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 23, 2026
       New York, New York